

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2014

No. 04-13-00558-CV

**BRUINGTON ENGINEERING, LTD.,**
Appellant

v.

**PEDERNAL ENERGY, LLC,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A Lopez, Judge Presiding

# O R D E R

Appellee's unopposed motion for extension of time to file motions for rehearing and for en banc reconsideration is hereby GRANTED.  Time is extended to September 19, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court